UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80063-RLR

JANET HOYT,

    Plaintiff,

v.

WELIKY CAR WASH, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on the parties' Stipulation of Dismissal at docket entry 9. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 17th day of February, 2017.

                                                                                                       ROBIN L. ROSENBERG
                                                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record